# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**STRIKE 3 HOLDINGS, LLC**
              Plaintiffs,

vs.

**John Doe subscriber assigned
IP address 97.237.64.182**
              Defendants

Case No.: 1:26-cv-03279-AT-BCM

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __6/24/26__

## NOTICE OF WITHDRAWAL

Defendant, John Doe subscriber assigned IP address 97.237.64.182, by his/her attorney, Donna Este-Green, Esq. hereby withdraws his/her Motion to Quash the Subpoena, which was filed on June 10, 2026, at docket entry number 15, without prejudice.

.

Respectfully submitted,

/s/

Donna Este-Green
25 Fairway Drive
Hempstead, NY 11550
(516) 538-1430
marvg25@aol.com

The Clerk of Court is respectfully directed to close the motion at Dkt. 15.

SO ORDERED.

Barbara Moses
United States Magistrate Judge
June 24, 2026

**MEMO ENDORSED**